2291.   Butts *v.* City of Atlanta.

Hill, C. J. No error appears, and the finding of the recorder is supported by the evidence. The judgment of the superior court in overruling the certiorari is affirmed. *Judgment affirmed. Russell, J., dissents.*

Certiorari; from Fulton superior court—Judge Ellis. November 13, 1909.

Submitted January 12,—Decided January 21, 1910.

*John A. Boykin,* for plaintiff in error.

*James L. Mayson, William D. Ellis Jr.,* contra.